No. 4705.—PUEBLO, apldo. *v.* RIVERA, aplte.—C. D. San Juan. Enero 18, 1932.

Llamada para vista la moción de desestimación, compareció el apelante por su abogado, quien informó, solicitando nuevo término para radicar la transcripción de evidencia debidamente aprobada. El tribunal, atendidas las circunstancias concurrentes, concedió al apelante un nuevo término de veinte días para el objeto indicado y declaró sin lugar la moción de desestimación.

No. 4644.—PUEBLO, apldo., *v.* SERRANO, aplte.—C. D. Ponce. Marzo 29, 1932.

No siendo suficiente las razones alegadas por el apelante para que el tribunal haga uso de su discreción, concediendo un nuevo término para la presentación de alegato en el presente caso, radicado desde octubre 26, 1931, *no ha lugar*.

No. 4765.—PUEBLO, apldo., *v.* DELGADO, aplte.—C. D. Humacao. Julio 20, 1932.

En uso de su discreción, el Tribunal admite el alegato radicado hoy por el apelante y en su consecuencia declara *sin lugar* la moción de desestimación presentada por el apelado y cuya vista se celebró en la tarde del día de ayer.